IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIMINAL NO. 5:12-CR-00015-FL |
| | : | |
| MARK ANTHONY DAVIS | : | |
| LAWANDA JOYCE RAGLAND | : | |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus (X) ad prosequendum ( ) ad testificandum ( ) in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee: LAWANDA JOYCE RAGLAND, **No. 55993-056**
2. Detained by: Vance County Sheriff; Fax: 252-438-7293

3. Detainee is (X) charged in this district by (X) indictment of violating Title 18, U.S.C. 00371.

4. Appearance is necessary on June **3, 2014, at 12:00 p.m.** (X) **in the U.S. District Court, New Bern, N.C.,** OR ( ) before the Federal Grand Jury in this district, for ( ) initial appearance ( ) arraignment/plea ( ) trial (X) sentencing ( ) in re a motion pursuant to 28 U.S.C. § 2255 ( ) the purpose of giving testimony in the captioned proceeding, or ( ) other purpose(s), specifically:

DATE: 5/28/2014

/S/ Felice McConnell Corpening
Felice McConnell Corpening
Assistant United States Attorney
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: (919) 856-4530
Fax: (919) 856-4487
Email: felice.corpening@usdoj.gov
NC State Bar 21199

### WRIT OF HABEAS CORPUS

(X) Ad Prosequendum    ( ) Ad Testificandum    ( ) In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and other United States Marshals and their deputies, is and are directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Date: May 28, 2014

United States Magistrate Judge

Robert B. Jones, Jr.
US Magistrate Judge